UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


DONALD JOHNSON (#117395)

VERSUS                                                  CIVIL ACTION

MAJ. WHITTAKER, ET AL                                   NUMBER 13-110-JJB-SCR


**RULING**

Pro se plaintiff, an inmate confined at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Maj. Whittaker, Capt. Aymond, Lt. Templeton and Sgt. Hawkins. Plaintiff alleged that he was subjected to an excessive use of force in violation of his constitutional rights.

On March 4, 2013, the plaintiff was ordered within 15 days to correct deficiencies in the pleadings. Specifically, the plaintiff was ordered to either pay the full filing fee or submit a current statement of account completed by an authorized officer certifying the amount of money currently in his inmate accounts.

Despite notification of the need to correct the deficiencies in the pleadings, the plaintiff failed to respond to the deficiency notice. Plaintiff did not pay the filing fee or file a current statement of account completed by an authorized officer certifying the current amount of money in his inmate account.

Therefore, this action shall be dismissed without prejudice for failure to pay the filing fee and to correct deficiencies in

the pleadings.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 12, 2013.

```
                              _____
                              JAMES J. BRADY, JUDGE
                              MIDDLE DISTRICT OF LOUISIANA
```